

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

## No. 08-25-00049-CR

---

Jose Gerardo Puente, Jr, Appellant

v.

The State of Texas, Appellee

---

On Appeal from the 437th District Court
Bexar County, Texas
Trial Court No. DC2024CR6453-02

---

### J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED this 22nd day of December 2025.


LISA J. SOTO, Justice


Before Salas Mendoza, C.J., Palafox and Soto, JJ.